AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FREDRICK KHALEES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 619-119

SGT HARDEN; C.O. ALBERCROMBIE; and C.O. HOWARD,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 1, 2020, the Magistrate Judge's Report and Recommendation is hereby ADOPTED as the Court's opinion; therefore, Plaintiff's objections are OVERRULED, and Plaintiff's Complaint is DISMISSED for failure to state a claim upon which relief may be granted. This action stands CLOSED.

05/01/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03