IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| FREDERICK KHALEES, ) | |
| Plaintiff-Appellant, ) | |
| vs. ) | Case No. CV 619-119 |
| ) | |
| SGT. HARDEN, C.O. ALBERCROMBIE, ) | |
| C.O. HOWARD, ) | |
| Defendants-Appellees. ) | |

## ORDER

The appellant's motions for leave to proceed having been denied and the appeal dismissed by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___15th___ day of September, 2020.

_____

J. RANDAL HALL, CHIEF JUDGE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA